## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  CR-25-74-SLP |
| | ) | |
| KENTRAL LADON CASTILLO, | ) | |
| | ) | |
| Defendant. | ) | |

### **O R D E R**

The Court is in receipt of a letter filed by Defendant Kentral Ladon Castillo on March 24, 2025 [Doc. No. 20], which requests either dismissal of this action or permission to file a motion raising an issue under the Speedy Trial Act. *See id.*  The Court does not rule on correspondence, but it addresses the letter to the extent it may be construed as a motion.  To that end, the Court notes that Defendant filed the letter pro se, but he is represented by counsel. *See* [Doc. Nos. 12, 19].  Defendant is not entitled to proceed both *pro se* and by counsel. *See United States v. Sandoval-De Lao*, 283 Fed. App'x 621, 625 (10th Cir. 2008) ("We have previously held that, because there is no constitutional right to a hybrid form of representation, when defendants have the assistance of counsel, courts need not consider any filings made *pro se*." (citations and quotations omitted)). Accordingly, the letter [Doc. No. 20] is STRICKEN.

IT IS SO ORDERED this 26th day of March, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE