## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  CR-25-74-SLP |
| | ) | |
| KENTRAL LADON CASTILLO, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is the Government's Motion to Dismiss Indictment [Doc. No. 35]. Pursuant to Federal Rule of Criminal Procedure 48(a), the Government moves to dismiss the Indictment [Doc. No. 16] against Defendant Kentral Ladon Castillo without prejudice.[1]

Under Rule 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest." *United States v. Robertson*, 45 F.3d 1423, 1437 n. 14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)).  Upon review of the Motion, Court finds that dismissal of the charges against Defendant is not contrary to the public interest or otherwise for any improper purpose and the Government's Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Indictment [Doc. No.16], as to Defendant Kentral Ladon Castillo, is DISMISSED WITHOUT PREJUDICE.

---

[1] Defendant was charged with a single count of felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1).

IT IS SO ORDERED this 30th day of May, 2025.


SCOTT L. PALK
UNITED STATES DISTRICT JUDGE